199 F.2d 760
 RONSON ART METAL WORKS, Inc., Plaintiff-Appellee,
v.
BROWN & BIGELOW (Inc.), Defendant-Appellant.
 No. 67, Docket 22461.
 United States Court of Appeals Second Circuit.
 Argued Nov. 10, 1952.
Decided Dec. 1, 1952.
 
 Thomas J. Byrne, New York City, for Brown & Bigelow (Inc.), defendant-appellant.
 Ward, Crosby & Neal, Kenneth S. Neal, New York City, of counsel, for Ronson Art Metal Works, Inc., plaintiff-appellee.
 Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.
 PER CURIAM.
 
 
 1
 The order is affirmed on the opinion of the court below, 105 F.Supp. 169.